# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | | | CRIMINAL COMPLAINT |
|---|---|---|---|
| V. | | | |
| Rodrigo Torres | | PRINCIPAL | Case Number: |
| | YOB: | 1982 | M-18-1398-M |
| United States | | | |

United States District Court
Southern District of Texas
**FILED**
JUL 06 2018
. Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 5, 2018__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Jesus Cabrera-Ramirez, citizen of Mexico, along with three (3) other undocumented aliens, for a total of four (4), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Los Ebanos, Texas to the point of arrest near Los Ebanos, Texas,**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__ FELONY

I further state that I am a(n) __U.S. Senior Border Patrol Agent__ and that this complaint is based on the following facts:

**On July 5, 2018, a Border Patrol Agent operating a tower camera observed a raft with several suspected illegal aliens coming across the Rio Grande River near the Los Ebanos, Texas Port of Entry. Agents in the area responded and observed the same raft making landfall near the United States riverbank. Moments later, agents observed the suspected illegal aliens boarding into a white Ford Escape and departing the area. The agents relayed their obervations and responding agents observed the white Ford Escape traveling north on El Faro Road. Agents proceeded to conduct a vehicle stop on the Ford Escape near the intersection of El Faro Road and Military Road in Los Ebanos, Texas.**

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Approved by *[signature]* AUSA

Signature of Complainant

**Salvador Mendez    Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

July 6, 2018 - 2:35pm.
Date

at **McAllen, Texas**
City and State

**Juan A. Alanis            , U. S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-18-    -M

**RE:    Rodrigo Torres**

## CONTINUATION:

Agents identified the driver as Rodrigo TORRES, a United States citizen. During a field interview, TORRES admitted to agents he had just picked up illegal aliens. Agents observed two occupants in the backseat and two additional occupants in the cargo area. All four occupants were determined to be illegally present in the United States. In addition, agents confirmed the two occupants sitting in the back seat were the same individuals they had observed crossing by raft.

All subjects were placed under arrest and transported to the Border Patrol Station for processing.

### *PRINCIPAL STATEMENT*
Rodrigo TORRES, a United States Citizen, was advised of his Miranda Rights, stated he understood his rights, and agreed to provide a statement without the presence of an attorney.

TORRES claimed he received a phone call from a friend who asked him to pick up three people near Sullivan City, Texas. TORRES needed the money and was under the impression he was going to be paid to pick up the people. TORRES drove from Alton, Texas to Los Ebanos, Texas to pick up the people. Once TORRES was in Los Ebanos, near the pickup location, he made a phone call advising he was nearby. TORRES stated he arrived to the pickup location, observed the people near a stop sign and instructed them to board his vehicle. TORRES indicated that he knew the people were illegal because they were dirty and admitted he made a mistake. After departing the area, TORRES indicated he observed an "Immigration" vehicle pass by him and told the front seat passenger they were going to be stopped. TORRES claimed he pulled over and exited his vehicle with his hands up.

### *MATERIAL WITNESS*
Jesus CABRERA-Ramirez, a citizen of Mexico, was read his Miranda Rights and agreed to provide a statement without an attorney present.

CABRERA stated he made smuggling arrangements with an unknown smuggler and was to pay $8600 (USD). CABRERA stated he crossed the river by raft with several other individuals. CABRERA claimed a guide instructed them to run down a dirt path and cross a gate. The guide informed them a ride would be there, however, no one was there. CABRERA stated they were searching for a vehicle when a Ford Escape approached him and the others. The driver told them to get in and accommodate themselves in the vehicle. CABRERA stated he sat in the rear seat behind the driver. CABRERA heard the driver tell the passengers in the cargo department to hide. Shortly after they were stopped by Border Patrol.